Fill in this information to identify the case:

United States Bankruptcy Court for the:
__Southern__ District of __New York__
(State)

Case number (if known): _____ Chapter _____

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Aman Resorts Group Limited

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or doing business as names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   47-5387821
   EIN

5. **Debtor's address**

   Principal place of business:
   423 West street
   Number  Street

   New York  NY  10014
   City      State  ZIP Code

   New York
   County

   Mailing address, if different:
   Number  Street

   P.O. Box

   City  State  ZIP Code

   Location of principal assets, if different from principal place of business:
   Number  Street

   City  State  ZIP Code

Official Form 205          Involuntary Petition Against a Non-Individual          page 1

Debtor _____Aman Resorts Group Ltd_____    Case number (if known) _____
       Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☑ No
   - ☐ Yes. Debtor _____  Relationship _____
     District _____  Date filed _____  Case number, if known _____
                                         MM / DD / YYYY

     Debtor _____  Relationship _____
     District _____  Date filed _____  Case number, if known _____
                                         MM / DD / YYYY

**Part 3:    Report About the Case**

10. **Venue**

    Check one:
    - ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☑ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor _Aman Resorts Group Ltd_  
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Omar Amanat | Director Fees, legal | $ 100,000 |
| Peak Venture Partners | unpaid transaction fees | $ 5,000,000 |
| Carpentaria Management Services Limited | Director Fees | $ 100,000 |
| | Total of petitioners' claims | $ 5,200,000 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner  
_Omar Amanat_  
Name

_68 Windsor Dr_  
Number   Street

_Pine Brook_       _N.J_    _07058_  
City                State    ZIP Code

Name and mailing address of petitioner's representative, if any

_____  
Name

_____  
Number   Street

_____  
City                State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _3 / 3 / 2016_  
MM / DD / YYYY

X _[signature]_  
Signature of petitioner or representative, including representative's title

**Attorneys**

_Kent Gross Esq_  
Printed name

_____  
Firm name, if any

_122 E 42nd ST Suite 2100_  
Number   Street

_New York_         _N.Y_    _10168_  
City                State    ZIP Code

Contact phone _646-506-8662_  Email _quoguelaw@msn.com_

Bar number _173-7352_

State _N.Y_

S/ Kent Gross, Esq.

X _____  
Signature of attorney

Date signed _03/03/2016_  
MM / DD / YYYY

Debtor    Aman Resorts Group    Case number (if known) _____
          Name

**Name and mailing address of petitioner**

Name: Peak Venture Partners

Number Street: 68 Windsor Drive

City: Pine Brook    State: NJ    ZIP Code: 07055

**Name and mailing address of petitioner's representative, if any**

Name: 

Number Street: 

City:    State:    ZIP Code: 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/3/2016
          MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: Kent Gross Esquire

Firm name, if any: 

Number Street: 122 East 42nd St Suite 2100

City: New York    State: NY    ZIP Code: 10168

Contact phone _____ Email _____

Bar number: 1737352

State: New York

**S/ Kent Gross, Esq.**

X _____
Signature of attorney

Date signed: 03/03/2016
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: Carpentaria Management Services LTD

Number Street: 1191 Banyan Rd

City: Boca Raton    State: FL    ZIP Code: 33432

**Name and mailing address of petitioner's representative, if any**

Name: 

Number Street: 

City:    State:    ZIP Code: 

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 3/3/2016
          MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

Printed name: Kent Gross

Firm name, if any: 

Number Street: 122 E 42nd St Suite 2100

City: New York    State: NY    ZIP Code: 10168

Contact phone: 646-506-8662    Email: quoguelaw@msn.com

Bar number: 173-73-52

State: N.Y.

**S/ Kent Gross, Esq.**

X _____
Signature of attorney

Date signed: 03/03/2016
             MM / DD / YYYY

---

Official Form 205    Involuntary Petition Against a Non-Individual    page 4