**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (*If known*): __16-10517__    Chapter __11__

☒ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**    Aman Resorts Group Limited

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

4 7 – 5 3 8 7 8 2 1
EIN

**5. Debtor's address**

**Principal place of business**

423 West Street
Number    Street

_____

New York              NY    10014
City                State    ZIP Code

New York
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City            State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City            State    ZIP Code

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor   Aman Resorts Group Limited                                    Case number (*if known*) 16-10517
           Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                MM / DD / YYYY |
| | | Debtor _____   Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                                MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor __Aman Resorts Group Limited__                     Case number (*if known*) __16-10517__
         Name

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Ms. Carolyn Turnbill | Salary | $ 187,500.00 |
| | Mr. George Robinson | Guarantee of Debtor | $ 23,000,000.00 |
| | From Exhibit 13 (Attached) | See Exhibit 13 | $ 47,700.000.00 |
| | | Total of petitioners' claims | $ 70,887,500.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

__Mr. Adrian Zecha__
Name

__13/14 Adam Park Road__
Number    Street

__Singapore__                                __289932__
City              State            ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name
__None__
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ __S/ Adrian Zecha__
Signature of petitioner or representative, including representative's title

**Attorneys**

__Kent Gross, Esq.__
Printed name

_____
Firm name, if any

__122 East 42nd Street, Suite 2100__
Number    Street

__New York__         __NY__      __10168__
City              State        ZIP Code

Contact phone __(646) 506-8662__  Email __Quoguelaw@msn.com__

Bar number __173-7352__

State __New York__

✗ __S/ Kent Gross, Esq.__
Signature of attorney

Date signed __03/07/2016__
           MM / DD / YYYY

Debtor    Aman Resorts Group Limited                               Case number (*if known*)  16-10517
          Name

**Name and mailing address of petitioner**

Name  Mr. George Robinson

20 Campden Hill Square
Number    Street

London,            UK            W87JX
City               State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name  None

Number    Street

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03  07  2016
             MM / DD / YYYY

✘  S/ George Robinson
Signature of petitioner or representative, including representative's title

Same as Above
Printed name

Firm name, if any

Number    Street

City    State    ZIP Code

Contact phone _____    Email _____

Bar number  _____

State  _____

✘ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name  Ms. Carolyn Turnbill

Number  Street  47A Tavistock Avenue

City  Singapore, 554549    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

none
Name

Number    Street

City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/07/2016
             MM / DD / YYYY

✘  S/ Carolyn Turnbill
Signature of petitioner or representative, including representative's title

same as above
Printed name

Firm name, if any

Number    Street

City    State    ZIP Code

Contact phone _____    Email _____

Bar number  _____

State  _____

✘ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Debtor  Aman Resorts Group Limited
 Name

Case number (*if known*) 16-10517

---

**Name and mailing address of petitioner**

Name: Fonde Investment Capital SA

Number Street: 33 Rue de la Baume

City: Paris   State: France   ZIP Code: 75008

**Name and mailing address of petitioner's representative, if any**

Name: Mr. Hugh Dunkeerly

Number Street: 33 Rue de la Baume

City: Paris   State: France   ZIP Code: 75008

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03 / 07 / 2016
MM / DD / YYYY

✘ S/ Hugh Dunkerly
Signature of petitioner or representative, including representative's title

---

Printed name: Same as Above

Firm name, if any: ____

Number Street: ____

City: ____   State: ____   ZIP Code: ____

Contact phone: ____   Email: ____

Bar number: ____

State: ____

✘ ____
Signature of attorney

Date signed ____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: ____

Number Street: ____

City: ____   State: ____   ZIP Code: ____

**Name and mailing address of petitioner's representative, if any**

Name: ____

Number Street: ____

City: ____   State: ____   ZIP Code: ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____
MM / DD / YYYY

✘ ____
Signature of petitioner or representative, including representative's title

---

Printed name: ____

Firm name, if any: ____

Number Street: ____

City: ____   State: ____   ZIP Code: ____

Contact phone: ____   Email: ____

Bar number: ____

State: ____

✘ ____
Signature of attorney

Date signed ____
MM / DD / YYYY

---