Involuntary Petition

Debtor: Aman Resorts Group Limited

Case Number  16-10517

EXHIBIT 13

| Name of Creditor | Nature of Claim | Amount of Claim |
|---|---|---|
| Fonde Investment Capital SA<br>33 Rue de la Baume<br>Paris, France 75008 | Contract | $11,700.000.00 |
| Adrian Zecha<br>13/14 Adam Park Road<br>Singapore 289932 | Contract | $36,000,000.00 |
| Total | | $47,700,000.00 |