UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:                                    :
AMAN RESORTS GROUP LIMITED,               :
                                          :    Case No. 16-10517 (SCC)
                                          :
            DEBTOR.                       :    Chapter 11
                                          :

---

ORDER FOR RELIEF

      An involuntary petition having been filed on March 4, 2016 against the above-named Debtor, and service of the petition having been made on March 4, 2016, and the Debtor having consented to the entry of an Order for Relief, it is hereby

      ORDERED, that an Order for Relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") is granted; and it is further

      ORDERED, that the Debtor must promptly pay any outstanding filing fees and timely file all documents required by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and applicable General Orders.

Dated: March 9, 2016
      New York, New York

                                             /S/ Shelley C. Chapman
                                             UNITED STATES BANKRUPTCY JUDGE