## EXHIBIT A

**EXHIBIT A**

## PEAK HOTELS AND RESORTS GROUP LIMITED

(the "Company")

## MINUTES OF A TELEPHONIC MEETING OF THE BOARD OF DIRECTORS

### HELD ON 8 MARCH 2016 AT 10.25pm (London time)

| Present: | Johan Eliasch | (A Director) |
|---|---|---|
| | Vladislav Doronin | (B Director) (Chairman) |
| | Alan Djanogly | (B Director) |

**IT WAS NOTED THAT:**

1. **NOTICE AND QUORUM**

    The Chairman confirmed that a quorum was present (in accordance with the articles of association of the Company (the "**Articles**")).

2. **DIRECTORS' INTERESTS**

    Each director present confirmed that he had no direct or indirect interest in any way in the matters to be transacted at the meeting other than as representatives of and/or as a result of their interests in the shareholders of the Company.

3. **APPOINTMENT OF LAWYERS TO REPRESENT AMAN RESORTS GROUP LIMITED ("ARGL")**

    3.1 It was noted that the purpose of the board meeting was to consider resolutions to:

    3.1.1 confirm that Brown Rudnick LLP have not been and are not appointed as lawyers to ARGL including in relation to the purported New York Chapter XI bankruptcy proceedings with Case No. 16-10517 (the "**Chapter XI Proceedings**"),

    3.1.2 appoint Kasowitz, Benson, Torres & Friedman LLP ("**Kasowitz**") to represent ARGL in the Chapter XI Proceedings and any related actions,

    3.1.3 instruct Mr Djanogly and Mr Doronin (or either of them) to (i) instruct Kasowitz forthwith to act as ARGL's lawyers, including in relation to the Chapter XI Proceedings, and (ii) to sign any necessary documentation on behalf of ARGL (including retainer documentation), and

    3.1.4 approve the signing of a written shareholder resolution of ARGL confirming the effect of resolutions 3.1.1, 3.1.2 and 3.1.3 above and instructing Mr Djanogly and Mr Doronin (or either of them) to sign such written resolution on behalf of the Company.



3.2 With reference to the agenda for the meeting, the board resolved that:

3.2.1 Brown Rudnick LLP have not been and are not appointed as lawyers to ARGL including in relation to the Chapter XI Proceedings.

3.2.2 Kasowitz shall be appointed to represent ARGL in the Chapter XI Proceedings and any related actions.

3.2.3 Mr Djanogly and Mr Doronin (or either of them) shall be instructed to (i) instruct Kasowitz forthwith to act as ARGL's lawyers, including in relation to the Chapter XI Proceedings, and (ii) to sign any necessary documentation on behalf of ARGL (including retainer documentation).

3.2.4 Mr Djanogly and Mr Doronin (or either of them) shall be instructed to sign a written resolution of the shareholders of ARGL in the form attached to the Notice distributed prior to this board meeting.

4 **CLOSE OF MEETING**

There being no further business, the Chairman declared the meeting closed.

_____
VLADISLAV DORONIN
CHAIRMAN