Hearing Date and Time: March 28, 2016 at 10:00 a.m.
Objection Deadline: March 21, 2016 at 5:00 p.m.

William R. Baldiga, Esq.
May Orenstein, Esq.
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re:                                                            :  Chapter 11
                                                                  :
AMAN RESORTS GROUP LIMITED,                                       :  Case No. 16-10517 (SCC)
                                                                  :
                          Debtor.                                 :
------------------------------------------------------------------X
AMAN RESORTS GROUP LIMITED,                                       :  Adv. Pro. No. 16-01039
                                                                  :
              Plaintiff,                                          :
                                                                  :
v.                                                                :
                                                                  :
PONTWELLY HOLDING COMPANY LIMITED                                 :
And A.H. OVERSEAS LIMITED,                                        :
                                                                  :
              Defendants.                                         :
------------------------------------------------------------------X

## NOTICE OF MOTION OF BROWN RUDNICK LLP
## TO WITHDRAW AS COUNSEL

**PLEASE TAKE NOTICE** that a hearing on the annexed motion, dated March 11, 2016 (the "Motion"), of Brown Rudnick LLP ("Brown Rudnick"), to withdraw as counsel to Aman Resorts Group Limited ("ARGL"), in both the above-captioned case and the above-captioned adversary proceeding, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York and Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, all as more fully set forth in the Motion, will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge

for the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at One Bowling Green, New York, New York 10004, Courtroom 701 on **March 28, 2016 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Motion must comply with the Federal Rules of Bankruptcy Procedures and the Local Rules of the Bankruptcy Court, must be set forth in a writing describing the basis therefore and must be filed with the Bankruptcy Court electronically in accordance the General Order M-399, by registered users of the Bankruptcy Court's electronic case filing system (the User's Manual for the Electronic Case Filing System can be found at www.nysb.uscourts.gov, the official website for the Bankruptcy Court) and, by all other parties in interest, in Portable Document Format (PDF), Word Perfect or any other Windows-based word processing format (with a hard copy delivered directly to Chambers) and served upon each of the following so as to be actually received no later than **5:00 p.m. on March 21, 2016** (the "Objection Deadline"): (i) attorneys for the Debtor, Brown Rudnick LLP, 7 Times Square, New York, New York 10036, Attn: William R. Baldiga, Esq.; and (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Paul Schwartzberg, Esq.

Dated: New York, New York
March 11, 2016

Respectfully submitted,

BROWN RUDNICK LLP

By: */s/ William R. Baldiga*
William R. Baldiga, Esq.
May Orenstein, Esq.
7 Times Square
New York, NY 10036
(212) 209-4800

62426606

William R. Baldiga, Esq.
May Orenstein, Esq.
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
In re:                                          :    Chapter 11
                                                :
AMAN RESORTS GROUP LIMITED,                     :    Case No. 16-10517 (SCC)
                                                :
                    Debtor.                     :
----------------------------------------------------------------X
AMAN RESORTS GROUP LIMITED,                     :    Adv. Pro. No. 16-01039
                                                :
           Plaintiff,                           :
                                                :
v.                                              :
                                                :
PONTWELLY HOLDING COMPANY LIMITED               :
And A.H. OVERSEAS LIMITED,                      :
                                                :
           Defendants.                          :
----------------------------------------------------------------X

## MOTION OF BROWN RUDNICK LLP
## TO WITHDRAW AS COUNSEL

TO:   HONORABLE SHELLY C. CHAPMAN
      UNITED STATES BANKRUPTCY JUDGE

Brown Rudnick LLP ("Brown Rudnick") respectfully submits this Motion to Withdraw as counsel to Aman Resorts Group Limited ("ARGL") in both the above-captioned case and the above-captioned adversary proceeding, pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York and Rule 2090-1(e) of the Local Rules of the United States Bankruptcy Court for the Southern District of New York. In support of this Motion,

Brown Rudnick respectfully states that, after it appeared in this case and adversary proceeding on March 7, 2016, information has come to the attention of counsel that its continued representation of ARGL in this case and adversary proceeding would be inconsistent with Rule 1.16 of the New York Rules of Professional Conduct, requiring counsel to seek withdrawal here.

Dated: March 11, 2016
      New York, New York

                                BROWN RUDNICK LLP

                                By:/s/ William R. Baldiga
                                    William R. Baldiga, Esq.
                                    May Orenstein, Esq.
                                    7 Times Square
                                    New York, NY 10036
                                    (212) 209-4800

62426503