William R. Baldiga, Esq.
May Orenstein, Esq.
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
In re:                                            :    Chapter 11
                                                  :
AMAN RESORTS GROUP LIMITED,                       :    Case No. 16-10517 (SCC)
                                                  :
                    Debtor.                       :
------------------------------------------------------------X
AMAN RESORTS GROUP LIMITED,                       :    Adv. Pro. No. 16-01039
                                                  :
          Plaintiff,                              :
                                                  :
v.                                                :
                                                  :
PONTWELLY HOLDING COMPANY LIMITED                 :
And A.H. OVERSEAS LIMITED,                        :
                                                  :
          Defendants.                             :
------------------------------------------------------------X

## DECLARATION OF WILLIAM R. BALDIGA
## IN SUPPORT OF MOTION OF BROWN RUDNICK LLP
## TO WITHDRAW AS COUNSEL

I, William R. Baldiga, Esquire, declare as follows:

1. I am an attorney at law duly licensed to practice before the above-entitled Court, and am a partner in the law firm of Brown Rudnick LLP ("Brown Rudnick"), attorneys of record for Aman Resorts Group Limited ("ARGL").

2. I have first-hand personal knowledge of the matters set forth herein and, if called upon as a witness, would and could competently testify thereto.

3. This declaration is submitted in support of the Motion for Order Authorizing Brown Rudnick to Withdraw as Counsel filed herewith.

4. After Brown Rudnick appeared in this case and adversary proceeding on March 7, 2016, information has come to the attention of the undersigned that Brown Rudnick's continued representation of ARGL in this case and adversary proceeding would be inconsistent with the Rule 1.16 of the New York Rules of Professional Conduct.

5. Brown Rudnick asserts no retaining or charging lien in this case.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 11TH DAY OF MARCH, 2016.

_____
William R. Baldiga

62426613 v1-WorkSiteUS-032786/0001