**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x
                                                           :
In re                                                      :   Chapter 11
                                                           :
Aman Resorts Group Limited,                                :   Case No. 16-10517 (SCC)
                                                           :
            Debtor.                                        :
                                                           :
---------------------------------------------------------- x

**DECLARATION OF MATTHEW B. STEIN IN SUPPORT OF MOTION
TO (A) STRIKE THE *ANSWER TO INVOLUNTARY PETITION AND CONSENT
TO ENTRY OF ORDER FOR RELIEF*, (B) DISMISS THE CHAPTER 11 CASE,
AND (C) IMPOSE ATTORNEYS' FEES, COSTS, AND SANCTIONS**

MATTHEW B. STEIN, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of his knowledge, information, and belief:

1. I am a partner in the law firm of Kasowitz, Benson, Torres & Friedman LLP, counsel for Aman Resorts Group Limited ("ARGL") in the above-referenced Chapter 11 Case. I make this declaration to present the Court with the attached documents in connection with ARGL's *Motion To (A) Strike The Answer To Involuntary Petition And Consent To Entry Of Order For Relief, (B) Dismiss The Chapter 11 Case, And (C) Impose Attorneys' Fees, Costs, And Sanctions*.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Affidavit of Omar S. Amanat, dated September 22, 2004.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Affidavit of Omar S. Amanat, dated June 2, 2004.

4. Attached hereto as **Exhibit C** is a true and correct copy of a Default Decision, dated September 19, 2008, issued by the the Financial Industry Regulatory Authority.

1

5. Attached hereto as **Exhibit D** is a true and correct copy of the Affirmation of Gary A. Chodosh, dated August 22, 2007.

6. Attached hereto as **Exhibit E** is a true and correct copy of Affidavit of Omar Amanat, dated April 26, 2006.

7. Attached hereto as **Exhibit F** is a true and correct copy of Chapter 7 Trustee's Final Account and Distribution Report, dated March 16, 2012, in *In re Amanat*, Case No. 04-43361-ALG.

8. Attached hereto as **Exhibit G** is a true and correct copy of a Complaint commencing an adversary proceeding against Omar S. Amanat in his Chapter 7 case, *In re Amanat*, Case No. 04-43361-ALG.

9. Attached hereto as **Exhibit H** is a true and correct copy of an *Affidavit of Omar Amanat*, dated April 26, 2006, filed in *Nisselson v. Empyrean Investment Fund, LP*, Adv. Proc. No. 05-01268 (ALG).

10. Attached hereto as **Exhibit I** is a true and correct copy of an *Order Assessing Damages After Default*, dated January 22, 2010, filed in *Nisselson v. Amanat*, Adv. Proc. No. 08-01333 (ALG).

11. Attached hereto as **Exhibit J** is a true and correct copy of a *Motion for Relief From Automatic Stay*, dated February 22, 2006, filed in *In re Amanat*, Case No. 04-43361-ALG.

12. Attached hereto as **Exhibit K** is a true and correct copy of a *Motion for Relief From the Automatic Stay*, dated August 22, 2007, filed in *In re Amanat*, Case No. 04-43361-ALG.

13. Attached hereto as **Exhibit L** is a true and correct copy of a *Complaint*, dated November 18, 2004, Waltzer v. Tradescape & Co., filed in the Supreme Court of the State of New York

14. Attached hereto as **Exhibit M** is a true and correct copy of a *Judgment*, dated September 30, 2004, in the *Waltzer v. Tradescape & Co*. proceeding.

15. Attached hereto as **Exhibit N** is a true and correct copy of a *Order*, dated December 11, 2003, in the *Waltzer v. Tradescape & Co*. proceeding.

16. Attached hereto as **Exhibit O** is a true and correct copy of an *Order of Attachment*, filed Dcember 22, 2003, in the *Waltzer v. Tradescape & Co*. proceeding.

17. Attached hereto as **Exhibit P** is a *Memorandum of Law in Support of Defendant Omar Amanat's Motion to Vacate the Judgment*, dated June 25, 2004, filed in *Amanat v. Bridges Network, Inc.*

18. Attached hereto as **Exhibit Q** is a true and correct copy of an Order, dated September 1, 2004, filed in *Ignall v. Tradescape Corporation*.

19. Attached hereto as **Exhibit R** is a true and correct copy of a *Summons* and *Verified Complaint* in *Shedding Dog, Ltd. v. Amanat*.

20. Attached hereto as **Exhibit S** is a true and correct copy of a letter from Lauren J. Wachtler to the Honorable Justice Barbara R. Kapnick, dated March 2, 2011.

21. Attached hereto as **Exhibit T** is a true and correct copy of an *Affidavit of Confession of Judgment* filed in *Shedding Dog, Ltd. v. Amanat*.

22. Attached hereto as **Exhibit U** is a true and correct copy of an *Order to Show Cause* filed in *Shedding Dog, Ltd. v. Amanat*.

I declare under penalty of perjury that, to the best of my knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:  March 11, 2016
       New York, New York

                                                    /s/ Matthew B. Stein
                                                   Matthew B. Stein