Rachel C. Strickland, Esq.
Antonio Yanez, Jr., Esq.
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111

*Attorneys for Adriaan Zecha, George Robinson,
and Carolyn Turnbull*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| AMAN RESORTS GROUP LIMITED, | Case No. 16-10517 (SCC) |
| Debtor. | |

**MOTION TO WITHDRAW PETITIONING CREDITORS'
CLAIMS FROM INVOLUNTARY PETITION**

Adriaan Zecha, George Robinson, and Carolyn Turnbull (collectively, the "**Withdrawing Petitioners**"), through their undersigned counsel, hereby move to withdraw their claims from the Amended Involuntary Petition Against a Non-Individual filed on March 7, 2016 against Aman Resorts Group Limited ("**ARGL**") [Dkt. No. 4] (the "**Amended Petition**").

1. This Chapter 11 proceeding was commenced on March 4, 2016 through an Involuntary Petition filed against ARGL [Dkt. No. 1] (the "**Original Petition**") by Omar Amanat, Peak Venture Partners, and Carpentaria Management Services Ltd., as petitioning creditors (collectively, the "**Original Petitioners**"). The Amended Petition was then filed on March 7, 2016 by attorney Kent Gross, purportedly acting on behalf of the Withdrawing Petitioners and Fonde Investment Capital SA.

2. Although each Withdrawing Petitioner holds claims against ARGL, none of the Withdrawing Petitioners signed an engagement letter retaining Mr. Gross. The Amended Petition was filed without the knowledge of Mr. Zecha, without the authorization of Ms. Turnbull, and with Mr. Robinson's claim having been amended without his authority or consent.

3. The Withdrawing Petitioners retained Willkie Farr & Gallagher LLP on March 14 and 15, 2016 with instructions to withdraw them as petitioning creditors and take any other corrective action, as appropriate. Based on the foregoing, the Withdrawing Petitioners respectfully request that they be permitted to withdraw.

Dated:    New York, New York
          March 16, 2016

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By:    /s/ Rachel C. Strickland
       Rachel C. Strickland, Esq.
       Antonio Yanez, Jr., Esq.
       787 Seventh Avenue
       New York, New York 10019
       Telephone: (212) 728-8000
       Facsimile: (212)728-8111

*Attorneys for Adriaan Zecha, George Robinson, and Carolyn Turnbull*