UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
In re:                                                       :       Chapter 11
                                                             :
AMAN RESORTS GROUP LIMITED,         :       Case No. 16-10517 (SCC)
                                                             :
                              Debtor.                 :
------------------------------------------------------------------X

## ORDER ALLOWING MOTION OF
## BROWN RUDNICK LLP TO WITHDRAW

Upon the motion dated March 11, 2016 (the "Motion") of Brown Rudnick LLP ("Brown Rudnick"), to withdraw as counsel to Aman Resorts Group Limited [Docket No. 8]; and upon due deliberation and good and sufficient cause appearing therefore, and upon the record of the hearing conducted on March 28, 2016, it is hereby

ORDERED that the Motion is granted, without prejudice to any relief that may be sought by Aman Resorts Group Limited against Brown Rudnick, including, but not limited to, in connection with Aman Resorts Group Limited's Motion to (A) Strike the Answer to Involuntary Petition and Consent to Entry of Order For Relief, (B) Dismiss the Chapter 11 Case, and (C) Impose Attorneys' Fees, Costs, and Sanctions, dated March 11, 2016 [ECF No. 10]; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the the implementation, interpretation, and/or enforcement of this order.

Dated: New York, New York
March 29, 2016                                  /S/ Shelley C. Chapman
                                                         The Honorable Shelley C. Chapman
                                                         United States Bankruptcy Judge