Douglas J. Pick  
Eric C. Zabicki  
**PICK & ZABICKI LLP**  
Counsel to Fonde Investment Capital SA  
369 Lexington Avenue, 12th Floor  
New York, New York 10017  
(212) 695-6000

Hearing Date: June 27, 2016  
Time: 10:00 a.m.

UNITED STATES BANKRUPTCY COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------x  
In re:  
AMAN RESORTS GROUP LIMITED,

Chapter 11  
Case No. 16-10517 (SCC)

Debtor.  
------------------------------------------------------------x

### NOTICE OF MOTION FOR AN ORDER GRANTING PICK & ZABICKI, LLP LEAVE TO WITHDRAW AS COUNSEL TO FONDE INVESTMENT CAPITAL SA

**PLEASE TAKE NOTICE**, that upon the annexed declaration of Douglas J. Pick, made on May 31, 2016, the law firm Pick & Zabicki LLP ("P&Z") will move this court before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Southern District of New York, 271-C Cadman Plaza, Brooklyn, New York 11201, on June 27, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, for the entry of an Order, pursuant to 11 U.S.C. §105(a) and Local Bankruptcy Rule 2090-1(e), granting P&Z leave to withdraw as counsel of record to Fonde Investment Capital SA, together with such other and further relief as may be just and proper (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion shall (i) be made in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, (iii) set forth the name of the objecting party, the nature and amount of any claim or interest held or asserted against the Debtor's estate or property, the basis for the objection and the specific

grounds therefor, (iv) be filed with the Court with a copy to the chambers of the Honorable Shelley C. Chapman, together with proof of service thereof, and (v) be served in a manner so as to be received by Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, New York 10017, not later than seven (7) days prior to the hearing date.

Dated: New York, New York
       May 31, 2016

                                          **PICK & ZABICKI LLP**
                                          Counsel to Fonde Investment Capital SA

                              By: _____
                                      Douglas J. Pick
                                      369 Lexington Avenue, 12th Floor
                                      New York, New York 10017
                                      (212) 695-6000