## EXHIBIT B – NOTICE PARTIES

**Swiss Allied Trust AG**
c/o Afrag AG
Chamerstrasse 14
6301 Zug, Switzerland
*Via Federal Express*

**Swiss Allied Capital Partners, Inc.**
Kent Gross
21301 Powerline Road
Boca Raton, FL 33433
*Via First Class Mail*

**Erica Wolff**
Sher Tremonte LLP
80 Broad Street, 13th Floor
New York, NY 10004
*Via First Class Mail*

**Hugh Dunkerley**
18500 Von Karman Avenue
Irvine, CA 92612-0504
*Via First Class Mail*

**Ken Judge**
judgekp@gmail.com
*Via email*

**Robert Knuts**
Sher Tremonte LLP
80 Broad Street, 13th Floor
New York, NY 10004
*Via First Class Mail*

**Argus Management Corporation**
Lawton Bloom
208 W. 29th Street, Suite 613A
New York, NY 10001
*Via First Class Mail*

**Backenroth, Frankel & Krinsky**
Mark Frankel, Esq.
800 Third Avenue, 11th Floor
New York, NY 10002
*Via First Class Mail*

**Walter Benzija**
Halperin Battaglia Benzija LLP
40 Wall Street, 37th Floor
New York, NY 10005
*Via First Class Mail*

**Akin, Gump, Strauss, Hauer & Feld LLP**
Michael S. Stamer, Partner
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
*Via First Class Mail*

**Peak Venture Partners**
c/o Omar Amanat
68 Windsor Drive
Pine Brook, NJ 07055
*Via First Class Mail*

**Sean Sullivan**
1191 Banayan Road
Boca Raton, FL 33432
*Via First Class Mail*

**Hoshino Resorts**
Yoshiharu Hoshino, CEO
Hoshino, Karuizawa-machi
Kitasaku-gun
Nagano, Japan 389-0194
*Via Federal Express*

**Aman Trust**
Kent Gross, Trustee
122 E. 42nd Street, Suite 2100
New York, NY 10168
*Via First Class Mail*

**Burnham Equity Partners**
c/o Holmby Capital Group
Jason Galanis, CEO
1920 Bel Air Road
Los Angeles, CA 90077
*Via First Class Mail*

**Campion Global Initiative Inc.**
c/o The Corporation Trust Company
The Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
*Via First Class Mail*

**CANDEY**
Ashkhan Candey, Managing Partner
8 Stone Buildings
Lincoln's Inn
London WC2A 3TA
United Kingdom
*Via Federal Express*

**4 Stone Buildings**
Alexander Cook, Barrister
4 Stone Buildings
London WC2A 3XT
United Kingdom
*Via Federal Express*

**Carpentaria Management Services Limited**
c/o Sean Sullivan
1191 Banyan Road
Boca Raton, FL 33432
*Via First Class Mail*

**Chapman and Cutler LLP**
Larry G. Halperin, Partner
1270 Avenue of the Americas, 30th Floor
New York, NY 10020-1708
*Via First Class Mail*

**Charles Fussell & Co LLP**
Charles Fussell, Senior Partner
8 Buckingham Street
London WC2N 6BX
United Kingdom
*Via Federal Express*

**Conyers Dill & Pearman**
Robert J.D. Briant, Head of BVI Office
Commerce House, Wickhams Cay 1
P.O. Box 3140
Road Town, Tortola
VG1110
British Virgin Islands
*Via Federal Express*

**DLA Piper LLP**
Thomas R. Califano, US Co-Chair
1251 Avenue of the Americas
New York, NY 10020-1104
*Via First Class Mail*

**Nader Tavakoli**
Eagle Rock Capital Management, LLC
24 W. 40th Street, 10th Floor
New York, NY 10018
*Via First Class Mail*

**Fondinvest Capital**
Charles Soulignac, Chairman and CEO
33 Rue de la Baume
75008 Paris, France
*Via Federal Express*

**Fortress Investment Group LLC**
Brandon Baer, Managing Director
1345 Avenue of the Americas, 46th Floor
New York, NY 10105-0302
*Via First Class Mail*

**FTI Consulting, Inc.**
Alan Tantleff, Senior Managing Director
Three Times Square, 9th Floor
New York, NY 10036
*Via First Class Mail*

**KPMG**
Russell Crumpler, Managing Director
British Virgin Islands
3rd Floor, Banco Popular Building
Road Town, Tortola
VG-1110
British Virgin Islands
*Via Federal Express*

**KRyS Global**
Kenneth Krys
Governors Square
Building 6, 2nd Floor
23 Lime Tree Bay Avenue
P.O. Box 31237
Grand Cayman KY1-1205
Cayman Islands
*Via Federal Express*

**Lennox Paton**
Scott Cruickshank, Managing Partner
British Virgin Islands
Flemming House, 4th Floor
Wickhams Cay
PO Box 4012
Road Town, Tortola
VG1110
British Virgin Islands
*Via Federal Express*

**Marotta Gund Budd & Dzera LLC**
c/o Ankura Consulting Group
Philip Gund, Senior Managing Director
750 Third Avenue, 28th Floor
New York, NY 10017
*Via First Class Mail*

**Withers Worldwide**
**Oak Lane Partners, LLC**
Bhavin Shah, Chairman
Boca Raton
4730 NW 2nd Avenue, Suite 100
Boca Raton, FL 33431
*Via First Class Mail*

**Sustainable Pte. Ltd.**
c/o Greg Stuppler
8 Marina View
#07-04
Asia Square Tower 1
Singapore (018960)
*Via Federal Express*

**Niki Olympitis, Partner**
WithersBVI
Little Denmark, 3rd Floor
PO Box 145
Road Town Tortola
VG1110
British Virgin Islands
*Via Federal Express*

**Fonde Investment Capital SA**
33 Rue de la Baume
Paris 75008  France
*Via Federal Express*

**Pick & Zabicki LLP**
369 Lexington Avenue, 12th Floor
New York, NY 10017-6506
*Via First Class Mail*

**Wilkie Farr & Gallagher LLP**
Attn: Rachel C. Strickland, Esq.
787 Seventh Avenue
New York, NY 10019-6099
*Via First Class Mail*

**Aman Resorts Group Limited**
423 West Street
New York, NY 10014-3095
*Via First Class Mail*

**Brian Guillorn**
c/o Brian Guillorn, Attorney
PO Box 387
High Falls, NY 12449
*Via First Class Mail*

**Mr. George Robinson**
20 Campden Hill Square
London, UK W87JX
*Via Federal Express*

**Mr. George Robinson**
c/o Wilkie Farr & Gallagher LLP
Attn: Rachel C. Strickland, Esq.
787 Seventh Avenue
New York, NY 10019-6099
*Via First Class Mail*

**Mr. George Robinson**
c/o Ken Judge
judgekp@gmail.com
*Via email*