Hearing Date and Time: September 6, 2017 at 4:00 p.m. E.D.T.
Objection Deadline: August 30, 2017 at 4:00 p.m. E.D.T.

Andrew K. Glenn
Paul M. O'Connor III
Matthew B. Stein
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Aman Resorts Group Limited
and Tarek Investments Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x

| | | |
|---|---|---|
| In re | : | |
| | : | Chapter 11 |
| Aman Resorts Group Limited, | : | |
| | : | Case No. 16-10517 (SCC) |
| Debtor. | : | |

------------------------------------------------------x

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 22, 2017, Aman Resorts Group Limited and Tarek Investments Limited filed a *Motion to Transfer Venue of Related Bankruptcy Cases from the United States Bankruptcy Court for the Southern District of Florida to this Court* (the "Motion").

PLEASE TAKE FURTHER NOTICE that the hearing with respect to the Motion will be held before the Honorable Shelley C. Chapman, United States Bankruptcy Judge for the Southern District of New York (the "Bankruptcy Court"), on **September 6, 2017 at 4:00 p.m. E.D.T.**

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (i) be in writing, (ii) state the name and address of the objecting party, (iii) state with particularity the basis and nature of the objection, (iv) conform to the Federal Rules of

Bankruptcy Procedure and the Local Bankruptcy Rules of the Southern District of New York (the "Local Rules"), and (v) be filed, together with proof of service, with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov) and (b) by all other parties in interest, in text-searchable portable document format (PDF) (with a hard copy delivered directly to Chambers (as defined below)), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, and served in accordance with General Order M-399 upon each of the following: (i) the chambers of the Honorable Shelley C. Chapman ("Chambers"), One Bowling Green, New York, New York 10004, 6th Floor; (ii) counsel to ARGL, Kasowitz Benson Torres LLP, 1633 Broadway, New York, New York 10019, Attn: Andrew K. Glenn and Matthew B. Stein; and (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10004; so as to be actually received no later than **August 30, 2017 at 4:00 p.m. E.D.T.** (the "Objection Deadline"). Only those responses or objections that are timely filed, served, and received will be considered at the hearing.

PLEASE TAKE FURTHER NOTICE that if a written objection to the Motion is not received by the Objection Deadline, the Bankruptcy Court may deem any opposition waived, treat the Motion as conceded, and enter an order granting the relief requested in the Motion without further notice or hearing.

PLEASE TAKE FURTHER NOTICE that objecting parties are required to attend the Hearing and failure to appear may result in relief being granted or denied upon default.

Dated: August 22, 2017
New York, New York

KASOWITZ BENSON TORRES LLP

By: /s/ *Andrew K. Glenn*
Andrew K. Glenn (aglenn@kasowitz.com)
Paul M. O'Connor III (poconnor@kasowitz.com)
Matthew B. Stein (mstein@kasowitz.com)
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Counsel for Aman Resorts Group Limited
and Tarek Investments Limited*