# **EXHIBIT B**

8TH *SEPTEMBER, 2016*     *VIRGIN ISLANDS OFFICIAL GAZETTE Vol. L, No. 51*     4386

### Peak Hotels and Resorts Limited
### BC COMPANY NO. 1808196

**16864**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **Peak Hotels and Resorts Limited** has been struck off the Register on the 12th August, 2016.

Dated 12th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**

### Peak Hotels and Resorts Group Limited
### BC COMPANY NO. 1808788

**16865**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **Peak Hotels and Resorts Group Limited** has been struck off the Register on the 12th August, 2016.

Dated 12th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**

### Peak Investments Limited
### BC COMPANY NO. 1808817

**16866**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **Peak Investments Limited** has been struck off the Register on the 12th August, 2016.

Dated 12th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**

### Linkage Creative Global Limited
### BC COMPANY NO. 1809341

**16867**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **Linkage Creative Global Limited** has been struck off the Register on the 15th August, 2016.

Dated 15th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**

### PHRL Holdings Limited
### BC COMPANY NO. 1817883

**16868**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **PHRL Holdings Limited** has been struck off the Register on the 12th August, 2016.

Dated 12th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**

### Carpentaria Management Services Limited
### BC COMPANY NO. 1818619

**16869**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **Carpentaria Management Services Limited** has been struck off the Register on the 12th August, 2016.

Dated 12th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**

### Emperor Management Group Limited
### BC COMPANY NO. 1820046

**16870**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **Emperor Management Group Limited** has been struck off the Register on the 12th August, 2016.

Dated 12th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**

### DECKERT INVESTMENTS LIMITED
### BC COMPANY NO. 1829838

**16871**   Pursuant to subsection (4) of Section 213 of the BVI Business Companies Act., **NOTICE IS HEREBY GIVEN** that **DECKERT INVESTMENTS LIMITED** has been struck off the Register on the 13th August, 2016.

Dated 13th August, 2016

**SGD: Myrna P. Herbert**
**Registrar of Corporate Affairs**
**BVI Financial Services Commission**