# **EXHIBIT C**

## Matthew B. Stein

| | |
|---|---|
| **From:** | JOEL ARESTY <aresty@icloud.com> |
| **Sent:** | Wednesday, August 16, 2017 2:57 PM |
| **To:** | Matthew B. Stein |
| **Cc:** | Andrew K. Glenn; Paul M. O'Connor III; Jonathan E. Minsker |
| **Subject:** | Re: Peak Resorts/Aman Group Bankruptcy Filings -- SD. Fla |

Matt

more information was authorized from High Def:

Neither Mccluskey nor Minhas nor anyone else from Hi Def ever met Amanat before dec 2013

The basis for listing in the involuntary petition PHRGL's address as 1500 Bay Road 1582S, Miami Beach, FL.

That is where the bills were sent as Amanat lived there at the time and some equipment was installed there.
that was the office address
and I was told it was believed it still was a valid address

of course the official corporate representative for service was in BVI and I sent you that info


- The names of all persons at PHRGL with whom your client interacted.

Omar Amanat as sole director.

- Underlying documents supporting the existence of your client's claim.

I sent you the claim before - there are tons of emails acknowledging the debt - in state court it would be evidence if an account stated

- Extent to which you cooperated with Trustee in compiling the Schedules and Statements and the basis for such knowledge.

High Def did not cooperate w trustee on any schedules or statements - Aresty did to the extent of his limited knowledge as I discussed before

- All communications with Advocates BVI regarding service of the involuntary petition.

    my client objected to - as It is Attorney client communication -

I hope the foregoing is informative

we are waiting for the Trustee to return from off the grid this weekend
then we need some time to discuss this situation with her Monday
I will be in Omaha after tomorrow but available by email

1

thanks sincerely for helping marshall the facts


**JOEL M. ARESTY, P.A.**
**Board Certified**
**Business Bankruptcy Law**
309 1st Ave S
Tierra Verde, FL 33715
Phone - Cell: 305-904-1903
Fax: 800-559-1870
Joel M. Aresty, Esq.
Fla. Bar No. 197483

Aresty@Mac.com
http://www.Joelaresty.com

This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.

> On Aug 16, 2017, at 12:02 PM, JOEL ARESTY <aresty@icloud.com> wrote:
>
> Matt
>
> in partial answer of your questions
> see attached which is public record in this case
> re BVI service
>
> I am working on the other issues in good faith
>
> <peak serv.pdf>

2

**JOEL M. ARESTY, P.A.**
**Board Certified**
**Business Bankruptcy Law**
**309 1st Ave S**
**Tierra Verde, FL 33715**
**Phone - Cell: 305-904-1903**
**Fax: 800-559-1870**
**Joel M. Aresty, Esq.**
**Fla. Bar No. 197483**

Aresty@Mac.com
http://www.Joelaresty.com

**This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.**

> On Aug 15, 2017, at 6:55 PM, Matthew B. Stein <MStein@kasowitz.com> wrote:
>
> Joel,
>
> Thank you for your email. As a clarification, the Debtor in the NY case was Aman Resorts Group Limited. Its parent company, the debtor in the bankruptcy case that you initiated with the filing of the involuntary petition, is Peak Hotels and Resorts Group Limited. Peak Hotels and Resorts Limited is a different entity, one which we believe is controlled by Omar Amanat and is one of the corporate parents of Peak Hotels and Resorts Group Limited.
>
> In the spirit of cooperation, we are curious about the following facts. Any information you can provide would be appreciated.

3

- The basis for listing in the involuntary petition PHRGL's address as 1500 Bay Road 1582S, Miami Beach, FL.
- The names of all persons at PHRGL with whom your client interacted.
- Underlying documents supporting the existence of your client's claim.
- Extent to which you cooperated with Trustee in compiling the Schedules and Statements and the basis for such knowledge.
- All communications with Advocates BVI regarding service of the involuntary petition.

We look forward to your response.

Best,
Matt

Matthew B. Stein
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1717
Fax. (212) 835-5017
MStein@kasowitz.com

**From:** JOEL ARESTY [mailto:aresty@icloud.com]
**Sent:** Tuesday, August 15, 2017 6:17 PM
**To:** Andrew K. Glenn <AGlenn@kasowitz.com>
**Cc:** Paul M. O'Connor III <POconnor@kasowitz.com>; Jonathan E. Minsker <JMinsker@kasowitz.com>; Matthew B. Stein <MStein@kasowitz.com>
**Subject:** Re: Peak Resorts/Aman Group Bankruptcy Filings -- SD. Fla

**External Email**

the debtor in Miami was
Peak Hotels and Resorts Ltd
not PeakVenture Partners as in your case

also I really do not understand how Aman Resorts Group Limited was filed
and I had nothing to do with that
but obviously something may be seriously wrong

and I want to cooperate

thanks
sincerely

**JOEL M. ARESTY, P.A.**
**Board Certified**
**Business Bankruptcy Law**
**309 1st Ave S**

4

**Tierra Verde, FL 33715**
**Phone - Cell: 305-904-1903**
**Fax: 800-559-1870**
**Joel M. Aresty, Esq.**
**Fla. Bar No. 197483**

Aresty@Mac.com
http://www.Joelaresty.com

**This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.**

On Aug 15, 2017, at 6:02 PM, JOEL ARESTY <aresty@icloud.com> wrote:

Mr Glenn

I sure do not want to damage anyone
and I read about the NY case with great alarm

presuming that you are correct for purposes of this discussion
and there has been a misrepresentation of the facts
please tell me what I can do to help you
since I am only representing a creditor and not the debtor or trustee

I will be in the office tomorrow
but then traveling
although available by email and phone

thanks

5

sincerely

**JOEL M. ARESTY, P.A.**
**Board Certified**
**Business Bankruptcy Law**
**309 1st Ave S**
**Tierra Verde, FL 33715**
**Phone - Cell: 305-904-1903**
**Fax: 800-559-1870**
**Joel M. Aresty, Esq.**
**Fla. Bar No. 197483**

Aresty@Mac.com
http://www.Joelaresty.com

**This e-mail, as well as any attachments to same, is covered by the Electronic Communications Privacy Act, 18 U.S. C. §§ 2510-2521 and is legally privileged under federal and state laws, including but not limited to laws applicable to the attorney-client privilege and other private matters. The information contained in this e-mail is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, please destroy the email after advising by reply that you erroneously received this. The receipt by anyone other than the designated recipient does not waive the attorney-client privilege, nor will it constitute a waiver of the work-product doctrine.**

> On Aug 15, 2017, at 3:51 PM, Andrew K. Glenn <AGlenn@kasowitz.com> wrote:
>
> We represent Aman Resorts Group.

6

You will be receiving a more formal letter soon, but we have reached out and left you messages in the interest of time and urgency.

As you will see from the attached docket, Omar Amanat, who is currently under indictment for securities fraud, orchestrated a fraudulent bankruptcy filing in the Southern District of New York, which filing resulted in Brown Rudnick, as purported counsel to Aman Group Resorts Limited, agreeing to pay my client $325,000 in legal fees. Indeed, the Aman Group Resorts petition filed in the last week lists the same address as the lawyer that represented the petitioning creditors in New York as the principal place of business of Aman Resorts (see the attached docket).

The filing in the Southern District of Florida are copycat filings of the Southern District of New York case. Among other defects, the parties listed as creditors do not have valid claims, appear to be affiliated with Omar Amanat, and failed to give our client, the rightful owner of Aman Resorts, notice of the filing.

I am happy to provide you with additional information in the interest of preventing further damage to my client, and to ensure that you are not inadvertently caught in this fraud.

Nothing herein is a waiver of any of my client's rights, claims and defenses, all of which are reserved.

Andrew


Andrew K. Glenn
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Tel. (212) 506-1747
Fax. (212) 835-5047
AGlenn@kasowitz.com

This e-mail and any files transmitted with it are confidential and may be subject to the attorney-client privilege. Use or disclosure of this e-mail or any such files by anyone other than a designated addressee is unauthorized. If you are not an intended recipient, please notify the sender by e-mail and delete this e-mail without making a copy.

&lt;ARGL SDNY Docket Report.pdf&gt;

8