AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Michael S. Stamer
Meredith A. Lahaie
Gary A. Ritacco

*Counsel to LightRay Companies and Resort Finance Holdings I LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| AMAN RESORTS GROUP LIMITED | ) Case No. 16-10517 (SCC) |
| Debtors. | ) |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Akin Gump Strauss Hauer & Feld LLP ("Akin Gump") hereby appears in the above-captioned case as counsel to LightRay Companies ("LightRay") and Resort Finance Holdings I LLC ("Resort Finance"). Akin Gump enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code"), and requests pursuant to Rules 2002(i), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that copies of all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

       **AKIN GUMP STRAUSS HAUER & FELD LLP**
       One Bryant Park
       New York, New York 10036
       (212) 872-1000 (Telephone)
       (212) 872-1002 (Facsimile)
       Attn:   Michael S. Stamer
                mstamer@akingump.com
                Meredith A. Lahaie
                mlahaie@akingump.com

Gary A. Ritacco
gritacco@akingump.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code section 1109(b), the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleadings or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of LightRay and Resort Finance, including, without limitation: (i) to have final orders in non-core matters entered only after de novo review by the United States District Court for the Southern District of New York (the "District Court"); (ii) to have a trial by jury in any proceeding so triable in this chapter 11 case or any case, controversy, or proceeding related to this chapter 11 case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which LightRay and Resort Finance may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: New York, New York   **AKIN GUMP STRAUSS HAUER & FELD LLP**
       August 24, 2017

By: /s/ *Meredith A. Lahaie*
    Meredith A. Lahaie
    Michael S. Stamer
    Gary A. Ritacco
    One Bryant Park
    New York, New York 10036
    (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)

    *Counsel to LightRay Companies and Resort Finance Holdings I LLC*