UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   17-15041-AJC

In re:                                                                                          CHAPTER:   7
Peak Hotels and Resorts
Group Ltd (Debtor)

## AFFIDAVIT

Before me personally appeared RUSSELL B. ADLER, who after first being placed under oath, swears, or affirms as follows:

1. My name and firm address are:

    a. Name:          RUSSELL B. ADLER

    b. Address:       8201 Peters Road Suite 1000 Plantation FL 33324

    c. Law Firm:      Law Offices of Russell B Adler, PA

2. I am an attorney licensed to practice law in Florida since 1986 and the President of the Law Offices of Russell B Adler, PA.

3. I am a member of the Federal and Bankruptcy Bars in and for the Southern District of Florida.

4. I have personal knowledge as to the facts and circumstances stated herein.

5. That although I have a law degree, I spend a majority of my time operating private or public business, as well as financial consulting for other businesses.

6. That I know Mr. Omar Amanat and was paid a retainer/fee; by Mr. Amanat for representation of Peak Hotels and Resorts Group, LTD., (hereinafter "Peak") in January 2014.

1

7. That in 2014, Mr. Amanat requested I review a real-estate transaction for Peak, including a contract for the purchase of some audio/visual equipment from High Def Zone.

8. That simultaneous with this engagement, I was also working for a family office on Miami Beach, evaluating various technologies for investment.

9. That shorty after my meeting with Mr. Amanat, my time requirements at family office significantly increased, as we acquired a set of European patents.

10. That the aforementioned patent acquisition required travel to Scotland and England, as part of the due diligence before investing in the project.

11. That as a result of my travels and prior commitments, I was unable to timely reconnect with Mr. Amanat and continue my representation of Peak.

12. Thereby I ended up retaining a portion of Peak's funds which were not expended during my representation.

13. That several months ago, Mr. Amanat made a specific inquiry, in reference to my representation back in 2014, of Peak.

14. Thereinafter a review of my records indicated my firm had not performed any additional work for Peak, after the initial consultation.

15. That based upon my aforementioned discontinuation of my representation, I still retained an unused portion of Peak's retainer.

16. That Mr. Amanat requested I refund the balance of Peaks retainer.

17. Thereby I had a check issued and sent to the Trustee.

2

*AFFIANT FURTHER SAYETH NOT*

X _____

**RUSSELL B. ADLER**
*Affiant/Defendant*

Sworn to (or affirmed) and subscribed before me,
the undersigned authority, on August 28, 2017.

Personally known _____

Produced identification FL DL

Type of ID produced DriverLicense

/S/ _____

Notary Public, Deputy Clerk, or other authority.

ANGELA PAULINO
Notary Public - State of Florida
My Comm. Expires Jan 19, 2018
Commission # FF 081505

NAME: Angela Paulino
Commission No. FF-081505
My Commission Expires: 1-19-2018

3