**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| AMAN RESORTS GROUP LIMITED, | ) Case No. 16-10517 (SCC) <br> ) |
| Debtor. | ) <br> ) <br> ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Akin Gump Strauss Hauer & Feld LLP hereby withdraws its appearance as counsel of record on behalf of LightRay Companies and Resort Finance Holdings I LLC in the above-captioned case.

Dated:  New York, New York
        September 22, 2017

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ *Meredith A. Lahaie*
    Meredith A. Lahaie
    Michael S. Stamer
    Gary A. Ritacco
    One Bryant Park
    New York, New York 10036
    (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)