Robert P. Charbonneau (*pro hac vice*)
EHRENSTEIN CHARBONNEAU CALDERIN
501 Brickell Key Drive, Suite 300
Miami, Florida 33131
T. 305.722.2002

*Proposed Counsel for Aman Resorts Group Limited*
*and Counsel for Jacqueline Calderin, Chapter 7*
*Trustee for Peak Hotel Resorts Group Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| **Aman Resorts Group Limited,** | **Chapter 11** |
| **Debtor.** | **Case No.: 16-10517 (SCC)** |

## NOTICE OF WITHDRAWAL

Aman Resorts Group Limited ("ARGL"), the debtor in possession under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida, Miami Division (the "Florida Bankruptcy Court"), Case No. 17-20114-AJC, by and through undersigned proposed counsel, withdraws the *Debtor's Application to Employ Gregory S. Grossman, Esq. and the Law Firm Sequor Law as Special Litigation Counsel for the Debtor -In-Possession, Nunc Pro Tunc to the Petition Date and Setting Final Hearing Date* [ECF# 16] filed in the Florida Bankrutpcy Court.

Dated: October 3, 2017

**EHRENSTEIN CHARBONNEAU CALDERIN**

By: /s/ Robert P. Charbonneau
     Robert P. Charbonneau
     rpc@ecclegal.com
     501 Brickell Key Drive, Suite 300
     Miami, Florida 33131
     T. 305.722.2002

*Proposed Counsel for Aman Resorts Group Limited N/K/A AHL Hotels (2017) Limited and Counsel for Jacqueline Calderin, as Chapter 7 Trustee for Peak Hotels and Resorts Group Limited*